IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                       CRIMINAL ACTION NO. 1:02cr86DCBLG

DONALD WAHL

ORDER

The Motion to Correct Sentence [DE #72], filed by the Defendant, Donald Wahl, having been considered by the Court, the Court now finds that the motion is well taken and that there is good and sufficient cause to correct any miscalculation of Mr. Wahl's sentence computed by the Bureau of Prisons.

On August 1, 2003, the undersigned, United States District Court Judge David Bramlette, entered a Judgment in a Criminal Case in the case of United States of America vs. Donald Wahl, sentencing the Defendant, Donald Wahl, to serve 90 months, for violation of 18 U.S.C. § 1956(h) Conspiracy to Commit Money Laundering and 18 U.S.C. § 982 Criminal Forfeiture.  The undersigned entered a notation on the judgment to the effect that this 90 month sentence was to run "concurrent to the sentence of 78 months imposed in docket #1:00cr45GR-001, with the remaining 12 months to be served consecutive[ly]."

WHEREFORE, in order to correct any and all errors contained in the judgment,

IT IS, ORDERED AND ADJUDGED that the sentence of Donald Wahl be re-calculated, it having been the intention of the Court to impose a sentence which totals 78 months plus 365 days.  The position of the government is that the Defendant, Donald Wahl's, sentences should be combined so that the Defendant will serve a total of 90 months for both cases, 1:02cr86BrG-001

and 1:00cr45Gr-001.  Pursuant to the attached Calculation Term in Effect for Two Concurrent Sentences, Mr. Wahl will reach full term on December 12, 2007.  An additional 365 days should be added to the full term of Sentence 1, with an approximate release date of December 13, 2008.

ORDERED AND ADJUDGED this the 9th day of December, 2005.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE